

ELECTRONIC

**June 26, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. **09-21765-CIV-COOKE/BANDSTRA**

National Auto Lenders, Inc.
a Florida corporation

        Plaintiff,

vs.

Syslocate, Inc., a Delaware corporation,
DriveOK, Inc., a California corporation,
And Procon Inc., a Tennessee
corporation, individually and as successor in
interest to Syslocate, Inc., and DriveOK, Inc.

        Defendants.

_____/

## VERIFIED COMPLAINT FOR DAMAGES

Plaintiff, National Auto Lenders, Inc. ("NAL" or "Plaintiff"), sues Defendants, Syslocate, Inc., a Delaware corporation ("Syslocate"), DriveOK, Inc., a California corporation ("DriveOK"), and Procon, Inc, a Tennessee corporation ("Procon"), individually and as successor in interest to Syslocate and DriveOK, and states as follows:

### The Parties, Jurisdiction and Venue

1.    This is an action for damages exceeding $75,000.00, exclusive of interest, costs and attorneys' fees.

2.    Plaintiff National Auto Lenders, Inc. ("NAL") is a Florida corporation headquartered in Miami-Dade County, Florida.

1

JORDEN BURT LLP

3.     Defendant Syslocate is a Delaware corporation.

4.     Defendant DriveOk is a California corporation.

5.     Defendant Procon is a Tennessee corporation.

6.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because Plaintiff and all Defendants are citizens of different states and the amount in controversy exceeds $75,000.

7.     Venue is proper in this district under 28 U.S.C. §1391(a)(2) because a substantial part of the events giving rise to the claims in this case occurred in this district.

8.     Defendants DriveOk, Syslocate, and Procon are subject to the jurisdiction of the Florida courts, including this Court, under the Florida Long-Arm Statute §48.193(1)(a) and/or (2), because each of them have engaged in and/or carried on business in this state directly and/or through their agents, and/or have engaged in substantial and not isolated activity in this state.

9.     Defendants Syslocate and DriveOK are affiliates formerly owned and operated by Mark Wells ("Wells"). DriveOk has also done business as Syslocate.

10.    From 2006 through 2008, Syslocate and DriveOk (collectively, "DOS") were jointly in the business of developing, manufacturing, marketing and selling Global Positioning Satellite (GPS) enabled vehicle tracking unit products ("GPS tracking units") to automobile dealers, rental car companies and auto

2

finance companies in various states, including Florida, to enable them to track, locate, and recover vehicles by use of GPS location technology.

11.    Defendant Procon is a Tennessee corporation in the same business as DOS, i.e. manufacturing, developing, marketing and selling GPS vehicle trackers to automobile dealers, rental car companies and auto finance companies in various states, including Florida, to enable them to track, locate, and recover vehicles.

12.    In or around November, 2008, Procon and DOS announced a merger of their companies.  Upon information and belief, after and as a result of the merger, Procon acquired 100% of the stock DOS and Wells became an officer of Procon.

13.    Procon is successor-in-interest to DOS, and since November, 2008, has continued to operate the same business as was formerly operated by DOS, i.e., manufacturing, developing, marketing, and selling GPS tracking units in various states, including Florida.  Procon continues to employ key personnel formerly employed by DOS, including Mark Wells, DOS CEO, and Bernard Arroyo.

14.    Procon is the surviving corporation of the merger with DOS.  As the surviving corporation, Procon is responsible for the debts and liabilities of DOS.

### Facts as to All Counts

15.    Plaintiff NAL is in the business of purchasing and servicing subprime motor vehicle retail installment sales contracts ("Vehicle Sales Contracts" or VHCs) generated by Florida automobile dealers in the sale of cars, thus providing indirect financing to retail vehicle purchasers in Florida.

16.    NAL purchases VHCs from dealers in reliance on the fact that the debt owed under the VHCs is secured by a security interest in the vehicles, giving NAL the right to repossess and sell vehicles and apply the proceeds to the debt owed under the VHCs after default.  NAL would not purchase VHCs but for its lien rights in the vehicles.

17.    To protect its investment in the VHCs and its security interest in the financed vehicles, it is vital for NAL to be able to locate and recover vehicles after default under a VHC, to enable it to repossess and sell vehicles after default.

### NAL is solicited by a DOS Master Distributor.

18.    In 2006, NAL was contacted by Garrett Jacoby ("Jacoby"), who then represented to NAL that he was a DriveOK "master distributor," and that DriveOK could provide "high quality real time GPS vehicle tracking devices and services" for purposes of tracking, locating and recovering vehicles in Florida.

19.    The GPS tracking units offered by DOS through Jacoby were intended to be installed in vehicles and used to locate and recover them.  NAL reviewed the information provided by Jacoby, and also began researching DOS and its GPS tracking units with the thought of purchasing and installing them in

4

JORDEN BURT LLP

vehicles it financed in order ensure it could to track, locate, and recover vehicles after default, thereby preventing the losses of the vehicles.

**On its marketing website, DOS represents itself as a leader in providing reliable GPS tracking devices to locate and recover vehicles.**

20.     After Jacoby contacted NAL, he directed it to a website operated by DOS to market its GPS trackers.  That website stated that Syslocate was a leader in the industry of providing GPS tracking units.

21.     On its marketing website, DOS represented that it "helped companies to locate, track and recover their mobile assets" and that its GPS tracking system and tracking units "offer unique advantages with ease-of-use/install, functionality, and scalability not found in other commercial products."

22.     Before deciding to purchase the DOS GPS tracking units, NAL's representatives also had discussions with DOS representatives regarding their products and the companies.

23.     NAL was advised it would need to place orders for DOS products through "After Market Solutions" ("After Market"), Jacoby's company. Nevertheless, during negotiations preceding NAL's ultimate purchase of the GPS trackers, Jacoby referred to himself as part of the DOS organization (a "master distributor"), and communicated on their behalf to NAL.

**DOS represents to NAL that Syslocate GPS trackers are high-end, have been extensively tested, and have a less than 1% failure rate.**

24.     During several months of communications preceding NAL's decision to purchase DOS GPS tracking units, NAL requested, and Jacoby and

DOS provided, information about the companies, biographies of their officers, including Mark Wells and Joel Hartley, President and Chief Technical Officer of DOS, respectively, and information about the products including a written Company Overview and Power Point presentation.

25.     Information and documents provided by DOS directly, or indirectly through Jacoby, included:

-     A "Company Overview" which stated, inter alia:

"DriveOk Inc. is in the business of *providing high-quality real-time GPS vehicle tracking devices and services.* Comprised of a very experienced management team from the wireless device industry (100+ years combined experience), *DriveOK is obtaining early recognition for exceptional service* and is posed for strong growth in vehicle monitoring and tracking…the origins of DriveOK are the result of the merger of already-partnered companies started in 2000 and 2003. The combination of one company's reliable, easy–to-use tracking services and the other company's innovative tracking devices has made for a *strong full-solution offering that is DriveOK*…"

-     A written proposal describing DriveOk, its experience in wireless products and its tracking units and their use for vehicle recovery.

-     A Power Point presentation about the GPS trackers stating, inter alia, that the tracking unit products were reliable and had undergone "*extensive product testing.*"

26.     Before finally deciding to purchase DOS GPS tracking units, NAL directed specific technical questions about the products to DOS through Jacoby, who relayed the questions to DOS and provided their responses to NAL.

27.   NAL's most important question was about the reliability and failure rate of the GPS trackers.  In response to its question about the failure rate, Jacoby forward a response from DOS in the following August 6, 2007, email to NAL's representative:

> "I spoke with Joel Hartley, our Chief Technical Officer, and he states that the failure rate for the GPS tracking unit for the last year was .58%. All the best, DriveOk.com Master Distributor Garrett Jacoby."

**NAL Begins Purchasing DOS GPS Tracking Units .**

28.   In reliance on the express representations made by DOS as to the exceptional suitability of its GPS tracking units for tracking, locating and recovering vehicles and their high level of reliability, and their less than 1% failure rate represented by it Chief Technical Officer, NAL began purchasing DOS GPS tracking units in March of 2007, with an initial order of 50 units.

29.   NAL continued to purchase DOS GPS tracking units thereafter through April, 2008.  In total, between March of 2007 and April of 2008, NAL purchased approximately 2,300 DOS GPS tracking units to install in vehicles it financed in Florida, at a cost of over $430,000.00. NAL's purchases are summarized in Exhibit "A" hereto.

30.   The sole reason NAL purchased DOS GPS tracking units was to enable it to track, locate and recover Florida vehicles which it had financed.

31.   NAL purchased DOS GPS tracking units in reliance on the information and representations made by DOS on its website and through Jacoby,

7

JORDEN BURT LLP

including the representation that the units had a failure rate of less than 1%. Had it known that the actual failure rate for the units exceeded 1%, NAL would not have invested in some of the VHCs and would have needed different procedures and personnel in place to locate units after default.

32.    Although orders for DOS GPS tracking units were placed through Jacoby/After Market, it merely acted as a conduit for communications between NAL and DOS about the GPS tracking units, and for purchase orders.

33.    However, as failures in the tracking units began and later snowballed, so did direct communications between NAL representatives and DOS officers.

### DOS blames early failures of GPS tracking units on installation.

34.    The GPS tracking units purchased by NAL were to be installed by Florida car dealers in cars financed with NAL. In May, 2007, by which time NAL had purchased only 100 units, 4 were returned by dealers to NAL as not working. NAL's representative advised Mark Wells, President of DOS and requested DOS try to determine the cause.

35.    NAL also communicated directly with DOS representative Bernard Arroyo ("Arroyo") regarding technical issues, including the first failures of the units to function, which occurred in mid-2007.

36.    For several months, DOS blamed the fact that the GPS tracking units were not working on incorrect installation by the dealers. DOS provided

NAL a "Tracking Unit Installation Guide" containing installation instructions, intended to help NAL address better dealer installation.

37. At that time, NAL had no reason to dispute the claims by DOS that incorrect installation was a key part of the performance problems of the GPS tracking units installed in vehicles. Therefore, it continued to purchase the units from DOS, in reliance on its insistence that installation issues were the cause of the failures.

38. In addition, NAL took steps to insure that the dealers were following installation instructions, and to test the functionality of each GPS unit after installation to insure it was installed correctly. Specifically, NAL instituted a policy requiring first the installer, then the dealer, and then NAL, to sequentially test each GPS tracking unit after installation. NAL would not fund the dealer on a vehicle until NAL had tested and confirmed that the GPS tracking unit in that vehicle was functioning.

39. Despite the steps taken by NAL to insure that the units were being properly installed, failures continued through 2007. During this period and through early 2008, NAL continued to communicate the problems to DOS and DOS representatives (Mark Wells and Bernard Arroyo), and they continued to represent to NAL that it was trying to resolve the "bugs", and would get the units to work. NAL continued to purchase units from DOS, believing that DOS would correct the defects causing the unit failures, which continued to increase, and get the units to work as intended.

JORDEN BURT LLP

40.   By early 2008, NAL was becoming increasingly concerned about the failure of the units, and their ability to perform their intended function. To try to isolate the cause of the failures, in or around late February, 2008, NAL began testing returned units returned by dealers and sending DOS the results of the testing. At that time, NAL still did not know whether most of the units were actually functioning, or whether the dealers were still having installation issues.

41.   By late April, 2008, it was clear to NAL that the rate of unit failure, which by then exceeded 2% of the products out of the box, was not due to installation issues as DOS initially claimed. NAL had returned several dozen units to DOS. It expressed its concern that the failure rate had exceeded 2% of the units out of the box and requested DOS to determine the cause in an email to Arroyo at DOS, which stated, inter alia:

> By my count that makes a total of 38[1] units that we have or are returning. In round numbers that means around 2% of the units have been found to have problems at installation. That is an excessive number of "out of the box" failures. We would be very interested in hearing what the analysis results are of the company's investigation into the root cause of the various "out of the box" failures." Out of the box" failures are very costly in terms of wasted time and goodwill for everyone involved including dealers, installers, NAL, distributors, and manufacturing. Reduction of "out of the box" failures adds more value to the supply chain than any costs that might be incurred in analyzing, determining, and implementing corrective action. I look forward to hearing from you."

---

[1] As shown by NAL records, the number of returned defective units as of that time was actually higher, but NAL's representative did not have this information at the time he sent the email.

42.    On April 23, 2008, Arroyo replied, admitting for the first time that there was an issue with the units, which DOS now blamed on "a bad batch of batteries."

43.    Until this point in time, DOS had continued to assert that the failures of the GPS tracking units to properly function were due to incorrect installation, not the products themselves, and had encouraged NAL to continue to purchase the units.  NAL did so, believing and relying on representations of DOS that the failures were due to incorrect installation.  Convinced now that this was not the case, NAL discontinued purchases of DOS units.

**NAL stops purchasing DOS units, which continue to fail, causing NAL to suffer increasing financial losses.**

44.    In June, 2008, NAL conducted an internal analysis conducted to determine how many of the DOS GPS tracking units were working and would perform if called upon to locate a vehicle.  Results of this analysis showed that less than 60% of all the units were working and capable of performing their intended purpose.

45.    Shortly thereafter, in July, 2008, DOS formally announced a recall of the GPS tracking units and offered to replace defective units at no charge, claiming that it had produced "a bad batch" of units between February 1st and June 30, 2008 and that production of the bad units was an "isolated incident." Again, believing these representations to be true, NAL continued to work with DOS, accepting and installing approximately 50 replacement units.

11

46.     The DOS GPS tracking units continued to fail to function properly thereafter.  In addition, NAL determined that only a few of all units it purchased matched the serial numbers in the bad batch for which DOS promoted the "Advanced Replacement Program."

47.     It thus became clear that the problem was not isolated to a "bad batch" as represented by DOS, and that all the units were involved.

### NAL attempts to resolve issues with DOS and Procon; DOS negotiates in bad faith and attempts to trick NAL into executing release of claims for defective units.

48.     As GPS tracking units continued to fail thereafter, NAL continued to notify DOS and seek a solution to the problem.  Between July and October, 2008, NAL began to demand compensation from DOS for the losses it was incurring as a result of the failed units which could not be compensated by the mere offer of replacement units.   These losses included extra costs incurred by NAL in attempting to locate vehicles with defective units, and began to include the value of lost vehicles as well.

49.     In or around October, a failure analysis was conducted jointly by NAL and DOS.  DOS executives, including Mark Wells, finally admitted there was a major problem with their units.

50.     Between October and November, 2008, NAL continued to attempt to reach an agreement with DOS to compensate it for the ever increasing losses it was incurring and would continue to incur as a result of the defective units, but DOS continued to merely offer replacement units.

12

51.    In the middle of NAL's attempts to negotiate an acceptable resolution of the issues with DOS, while early drafts of a proposed settlement agreement were going back and forth between DOS and NAL, DOS attempted to trick NAL into releasing it from liability for claims related to the defective units by posting a new click-wrap end user license agreement (EULA) containing a release on the website NAL had to use in order to activate and track units, which NAL was required to accept before it could access the website.  Before accepting the EULA, NAL protested and DOS removed the agreement.

**With lost vehicles exceeding 100 and unit failures continuing, NAL continues to demand a resolution; Procon steps in after merger but also negotiates in bad faith.**

52.    In early November, 2008, Mark Wells suddenly became unreachable,  failing to return NAL's emails and calls to discuss resolution of the problems caused by the defective units and NAL's losses.  By mid-November, as a result of failures of the GPS tracking units installed in vehicles securing its loans, NAL was unable to locate, track and/or recover over 100 vehicles.

53.    Around this time, Procon and DOS published an announcement of their merger, and Procon also became directly involved in the discussions.  NAL advised Procon CEO Brian Boling ("Boling") that it believed Mark Wells was not negotiating in good faith, and again, requested a proposal for a complete resolution, including payment for the lost vehicles, the value of which by now exceeded $1 million.

54.     Boling agreed to attempt to resolve the issue as well.   Instead of doing so, however, in December 2008, he offered the same proposed agreement which DOS had previously proposed through Mark Wells, providing for replacement of defective units and a small payment, which NAL had previously rejected.

55.     Between November, 2008, and March, 2009:

(a) units continued to fail;

(b) additional vehicles were lost;

(c)  NAL attempted to locate lost units;

(d) Procon and NAL continued to conduct failure analyses;

(e) Procon continued to fail to offer a solution other than to offer to replace defective GPS tracking units.

**Procon and DOS suggests tricking consumer vehicle owners in order to replace defective units.**

56.     As DOS had done since October, 2008, through March of 2009, Procon stubbornly continued to push its offer of replacing defective units as a resolution of the issues, even though it never provided a feasible method to do so. NAL advised Brian Boling of Procon, as it had advised Mark Wells, that replacing defective tracking units already installed in vehicles was not feasible as it required cooperation of third parties, i.e., dealers and the borrower customers, whom NAL did not control.   NAL had no facilities logistical capability of installing replacement units, and no ability to require dealers to do so.

JORDEN BURT LLP

57.     In addition, and more importantly, even if the dealers would agree to install replacement units, neither NAL nor the dealers could compel borrowers whose vehicles had defective tracking units, many of whose loans were in default, to bring them into a dealer for replacement of the units.

58.     Many of the borrowers and the vehicles could not be located (which was the whole reason for purchasing the tracking units in the first place). NAL justifiably believed that telling borrowers that the GPS tracking units on their cars intended to facilitate repossession on default weren't working, would only increase the risk of default.

59.     When NAL explained to Wells and Procon executives that it could not require borrower/customers to bring their vehicles to dealers for installation of replacement units, they suggested tricking the borrower customers to come into the dealers with an offer of a free oil change, and then changing out the defective GPS tracking units without telling the customers.

60.     NAL responded that this suggestion was unacceptable, as it would not participate in defrauding its borrower/customers.

61.     Procon has continued to fail and refuse to respond to NAL requests for compensation for its losses.

**NAL has incurred losses resulting from the defective units exceeding $2.75 million and losses continue to increase.**

62.     As of April, 2009, the majority (1,420) of the units purchased by NAL, and installed on vehicles in Florida, have failed, thus proving to be unfit for

JORDEN BURT LLP

the purposes for which they were intended, and as represented by DOS and Procon. Historical data reflects that these units were previously working correctly, thus the failures were not the result of improper installation.

63.     Indeed, as of February, 2009, Procon's own consultants, who by then were participating in testing the units, had reported a 62% failure rate over NAL's entire fleet. This indicated a substantial likelihood that all of the GPS tracking units are destined to fail.

64.     As a result of the failures so far, vehicles securing NAL loans in which non-working units were installed cannot be found. More specifically, of 1,420 installed units which have already failed, 235 were installed on vehicles securing loans which are in default and which NAL has been unable to locate as a result of the fact that the DOS GPS tracking units in them do not work.

65.     As a result, NAL has lost the value of those 235 vehicles, estimated at approximately $2.3 million, based on an average of $10,000 per loan secured by the vehicles owed to NAL. Attached as Exhibit "B" is a list of the vehicles which could not be located as of March 2009, because the DOS GPS tracking units in them do not function as intended.

66.     The $2.3 million in losses sustained by NAL to date from loss of the 235 vehicles with failed units for repossession after default ("Collateral Losses") will continue to increase as future defaults occur on contracts secured by vehicles which NAL will then be unable to locate due to the defective units.

67.    In addition to the Collateral Losses, other losses incurred by NAL include the amount it paid to purchase and install the defective units in the first place ("Installation Loss"), in the amount of approximately $300,000 (1,400 x $231 for purchase and installation).

68.    In addition, NAL has incurred extraordinary expenses (for example, hiring external skip tracers and outside recovery services), attempting to locate and repossess vehicles with defective units.    As a result of aggressive and extraordinary recovery efforts,  NAL was able to recover and repossess 450 vehicles with defective units, at an average extra  expense of $350 per vehicle, adding an additional $157,500.00 to losses ("Extraordinary Repossession Costs") sustained by NAL as a result of the defective units.  These costs will increase as defaults continue to occur and NAL has to use extraordinary efforts to locate vehicles with the defective DOS GPS tracking devices.

69.    Notwithstanding its extraordinary efforts, however, NAL has not been able to locate the 235 units representing the Collateral Losses incurred to date.

70.    In response to NAL's repeated requests for resolution of its severe and ever-increasing financial losses over the last several months, Procon has continued merely to offer to replace defective units (which assumes that vehicles on which the defective units have been installed can be located), but has failed to respond to NAL's repeated verbal and written requests that it address and provide

JORDEN BURT LLP

a remedy including compensation for the losses which it has already sustained as a result of the defective units provided, and will continue to sustain.

71.     NAL's losses and damages incurred to date are $2,757,000 (Collateral Losses of $2.3 million, Installation Loss of $300,000, and Extraordinary Repossession Costs of $157,500). These amounts will continue to increase as defaults continue to occur in vehicles with defective units installed.

**Count I**
**Fraudulent Misrepresentation**

72.     NAL readopts and realleges paragraphs 1 - 71 above.

73.     Before NAL purchased any of the GPS trackers from DOS, DOS made material factual misrepresentations to NAL, through its website advertising, its distributor, and directly through its own representatives that:

(a) it was a leader in the GPS tracking industry;

(b) DOS GPS tracking units would enable NAL to track, locate and recover vehicles;

(c) DOS GPS tracking units were high quality;

(d) DOS GPS tracking units had been extensively tested;

(e) DOS GPS tracking units had a failure rate of less than 1%;

74.     In addition, after the GPS tracking units began to fail, DOS represented to NAL the failures were due first to improper installation, and later a "bad batch of batteries" and a "bad batch of units."

18

75.    The representations set forth in paragraphs 73 and 74 above were material, false when made, and known to be false by DOS.

76.    DOS intentionally made these false representations to NAL, in order to induce it to begin purchasing DOS GPS tracking units, and then to induce it to continue purchasing units after failures began and continued to occur.

77.    In reliance on the fraudulent misrepresentations made by DOS as described above, NAL purchased approximately two thousand, three hundred (2,300) DOS GPS tracking units between the period of May 2007 and April 2008, many of which were purchased after the failures began, in reliance on the false representations made by DOS that the failures were due to improper installation, "bad batch of batteries" or a "bad batch of units".

78.    The GPS tracking units from DOS purchased by NAL in reliance upon the representations about them made by DOS set forth in paragraphs 73 and 74.  These representations were false, and the units were not as represented, as reflected by the fact that the majority of them either did not function at the time of installation, or failed within a short period of time thereafter.

79.    As a direct result, NAL has already sustained damages of approximately $2,757,000 (Collateral Losses of $2.3 million, Installation Loss of $300,000, and Extraordinary Repossession Costs of $157,500), including but not limited to the amounts paid for the units and their installation, collateral losses, and extraordinary repossession costs, which losses continue to increase.

80.    Procon is liable for the debts of DOS as successor in interest.

19

JORDEN BURT llp

Wherefore, NAL demands judgment for damages against DOS and Procon, jointly and severally, for compensatory damages in excess of $2,757,000, prejudgment interest, and costs.

**Count II**
**Negligent Misrepresentation**

81.    NAL readopts and realleges paragraphs 1 -71 above.

82.    In marketing the GPS trackers to NAL, DOS had a duty to NAL to accurately represent the functionality, quality, reliability, and test results related to its GPS tracking units.

83.    Before NAL purchased units from DOS, DOS made material misrepresentations to NAL, through its website advertising, its distributor, and directly through its own representatives that:

(a) it was a leader in the GPS Tracking industry;

(b) DOS GPS tracking units would enable NAL to track, locate and recover vehicles;

(c) DOS GPS tracking units were high quality;

(d) DOS GPS tracking units had been extensively product tested;

(e) DOS GPS tracking units had a failure rate of less than 1%.

84.    In addition, after the GPS tracking units began to fail, DOS falsely represented to NAL the failures were due first to improper installation, and later to a "bad batch of batteries" and to a "bad batch of units."

20

JORDEN BURT LLP

85.   DOS knew or should have known that the representations set forth in paragraphs 83 and 84 above were false when made.

86.   In reliance on the negligent misrepresentations made by DOS as described above, NAL purchased approximately 2,300 DOS GPS tracking units from it between May 2007 and April 2008, continuing to purchase units after they began to fail in reliance on the false representations made by DOS that the failures were due to improper installation, a "bad batch of batteries" or a "bad batch of units".

87.   The GPS tracking units which NAL purchased in reliance on the negligent misrepresentations of DOS set forth in paragraphs 83 and 84 did not conform to those representations.

88.   As a direct result, NAL has sustained damages of over $2,757,000 (Collateral Losses of $2.3 million, Installation Loss of $300,000, and Extraordinary Repossession Costs of $157,500), including but not limited to the amounts paid for the units and their installation, collateral losses, and extraordinary repossession costs, which losses continue to date.

89.   Procon is liable for the debts of DOS as successor in interest.

Wherefore, NAL demands judgment for damages against DOS and Procon, jointly and severally, for compensatory damages, prejudgment interest, and costs.

## Count III
## Breach of Express Warranty by Affirmation and Promise

90.   NAL readopts and realleges paragraphs 1 - 71 and 73 above.

91.     NAL purchased GPS trackers from DOS, through its authorized distributor, Jacoby.

92.     The affirmations of facts and promises below made by DOS to NAL about the GPS tracking units created an express warranty under §672.313(1) of the Florida Uniform Commercial Code that the units would conform to them, which became an essential part of the agreement between NAL and DOS for their purchase:

 (a) DOS GPS tracking units would enable NAL to track, locate and recover vehicles it financed;

(b) DOS GPS tracking units were high quality;

(c) DOS GPS tracking units had been extensively product tested;

(d) DOS GPS tracking units had a failure rate of less than 1%.

93.     The majority of the GPS tracking units failed within a short time of installation.  Thus, DOS breached the express warranties that the GPS tracking units conform to the affirmations of facts and promises it made to NAL as set forth above.

94.     As a result of breaches by DOS of its express warranties with respect to the GPS tracking units,  NAL has sustained damages, including but not limited to, loss of the vehicles in which the nonconforming units were installed and which it has been unable to locate, extraordinary repossession costs, and other damages.

95.     Procon is liable for the debts of DOS and damages it has caused as successor in interest.

JORDEN BURT LLP

Wherefore, NAL demands judgment for damages against DOS and Procon, jointly and severally, for compensatory damages, prejudgment interest, and costs.

## Count IV
## Breach of Implied Warranty of Fitness for a particular purpose

96.    NAL readopts and realleges paragraphs 1 -71 above.

97.    DOS knew at the time NAL purchased the GPS tracking units from it through its authorized distributor that it was purchasing the units for a particular purpose, specifically, to enable it to track, locate, and recover the vehicles it financed. NAL relied on the skill and judgment of DOS and its management team to furnish GPS tracking units which were suitable for that purpose.

98.    DOS sold the units to NAL for the purpose of enabling NAL to track locate and recover vehicles, thus creating an implied warranty to NAL under §672.315 of the Florida Uniform Commercial Code that the GPS tracking units would be suitable for the purpose of enabling it to track, locate and recover vehicles which it financed.

99.    The majority of the GPS tracking units failed within a short time of installation, as a result of which NAL has been unable to track, locate, and/or recover more than 235 units. Thus, DOS breached its implied warranty that the GPS tracking units would be suitable for that purpose.

100.   As a result of breach by DOS of its implied warranty that the units would be suitable for the purpose of enabling it to track, locate and recover vehicles, NAL has sustained damages, including but not limited to loss of the

23

vehicles in which the non-conforming units were installed, extraordinary repossession costs, and other damages.

101.    Procon is liable for the debts of DOS and damages it has caused as successor in interest.

Wherefore, NAL demands judgment for damages against DOS and Procon, jointly and severally, for compensatory damages, prejudgment interest, and costs.

### Count V
### Breach of Implied Warranty of Merchantability

102.    NAL readopts and realleges paragraphs 1 - 71 above.

103.    At all times material hereto, DOS and Procon were "merchants" with respect to the GPS tracking units they sold to NAL through their master distributor.

104.    A warranty that the GPS tracking units would be merchantable, as defined in §672.314 of the Florida Uniform Commercial Code was implied in connection with their sale to NAL.

105.    DOS breached the implied warranty of merchantability with respect to the GPS tracking units because they were not fit for the ordinary purpose for which they were intended to be used, specifically, tracking, locating, and recovering vehicles in which they were installed.

106.    As a result of breach by DOS of its implied warranty of merchantability with respect to the GPS tracking units, NAL has sustained damages, including but not limited to loss of the vehicles in which the non-

conforming units were installed, extraordinary repossession costs, and other damages.

107. Procon is liable for the debts of DOS and damages it has caused as successor in interest.

Wherefore, NAL demands judgment for damages against DOS and Procon, jointly and severally, for compensatory damages, prejudgment interest, and costs.

### Count VI
### Unfair and Deceptive Trade Practices

108. NAL readopts and realleges paragraphs 1 - 71 and 73 -74 above.

109. This is a claim for declaratory relief and damages under Florida's Deceptive Unfair Trade Practices Act, Florida Statute §501.201, et seq. ("FDUTPA").

110. The acts of DOS and Procon as described herein, including but not limited to the following specific acts:

(a) the misrepresentations made by DOS as to the functionality, quality, reliability and failure rate of the GPS Tracking Units before NAL purchased the units in order to induce it to purchase the units;

(b) the misrepresentations by DOS and later Procon, that the failure of the units were due to incorrect installation or a "bad batch" of batteries or units, in order to induce NAL to continue to purchase units despite their defects;

(c)  attempts by DOS to trick NAL into signing an agreement containing a release of claims while NAL was attempting to reach an agreement with for resolution of NAL's claims;

(d) the suggestions of Procon and DOS executives that NAL trick its customers into bringing vehicles with defective units into the dealers under false pretenses of offering them an oil change in order secretly replace defective units;

constituted unfair, deceptive, unconscionable acts which are unlawful under FDUPTA §501.204.

111.   As a result of the unlawful actions, NAL has suffered losses and actual damages and is "an aggrieved party," within the meaning §501.211 of FDUPTA.

112.   NAL is entitled to a declaratory judgment that the acts and practices committed by DOS and Procon and described herein violate FDUPTA, as well as to recover its actual damages, attorneys' fees, and court costs.

Wherefore, NAL requests that this Court declare the actions of DOS and Procon described herein as violating FDUPTA, and entry of judgment against DOS and Procon for its actual damages, court costs, and attorneys' fees.

## NOTICE OF INTENT TO SEEK PUNITIVE DAMAGES

NAL hereby gives notice of its intent to assert a claim for punitive damages, in accordance with Florida Statute §768.72, upon the proffer of

JORDEN BURT LLP

reasonable evidence of Defendants' intentional misconduct and/or gross negligence as provided under Florida law.

## DEMAND FOR JURY TRIAL

NAL demands jury trial of all issues so triable.

## VERIFICATION

Under penalty of perjury, I, Asbel Perez, Principal and Chief Marketing Officer of NAL, hereby swear and affirm that I have read the foregoing Complaint and that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, and based on the records of NAL maintained in the ordinary and regular course of its business.

_____

Asbel Perez

Dated: June 25, 2009.

Respectfully submitted,

_____

Elizabeth M. Bohn
Florida Bar No. 288047
JORDEN BURT LLP
Attorneys for Plaintiff
National Auto Lenders, Inc.
777 Brickell Avenue, Suite 500
Miami, Florida 33131-2803
Telephone: 305-371-2600;
Fax: 305-372-9928

*178303-v6*

EXHIBIT "A"

| Date | Quantity | Total cost | Unit Cost | Tax | Invoice # |
|---|---|---|---|---|---|
| 3/6/2007 | 50 | $9,800.00 | $196.00 | $686.00 | 1318 |
| 4/20/2007 | 50 | $9,800.00 | $196.00 | $686.00 | 1446 |
| 6/11/2007 | 50 | $9,800.00 | $196.00 | $686.00 | 101571 |
| 6/29/2007 | 75 | $14,700.00 | $196.00 | $1,029.00 | 101677 |
| 7/24/2007 | 80 | $15,680.00 | $196.00 | $1,097.60 | |
| 8/23/2007 | 50 | $9,800.00 | $196.00 | $686.00 | 101844 |
| 9/11/2007 | 50 | $9,800.00 | $196.00 | $686.00 | 101897 |
| 9/28/2007 | 50 | $9,800.00 | $196.00 | $686.00 | 101915 |
| 10/15/2007 | 100 | $19,600.00 | $196.00 | $1,372.00 | 101983 |
| 11/8/2007 | 100 | $19,600.00 | $196.00 | $1,372.00 | 102008 |
| 11/30/2007 | 100 | $19,600.00 | $196.00 | $1,372.00 | 102126 |
| 1/4/2008 | 50 | $9,800.00 | $196.00 | $686.00 | 102302 |
| 1/9/2008 | 100 | $19,600.00 | $196.00 | $1,372.00 | 102309 |
| 1/15/2008 | 100 | $19,600.00 | $196.00 | $0.00 | 102326 |
| 1/28/2008 | 100 | $19,600.00 | $196.00 | $0.00 | 102550 |
| 1/30/2008 | 100 | $18,300.00 | $183.00 | $0.00 | 102577 |
| 2/13/2008 | 100 | $18,700.00 | $187.00 | $0.00 | 102541 |
| 2/13/2008 | 100 | $18,700.00 | $187.00 | $0.00 | 102593 |
| 2/18/2008 | 100 | $18,700.00 | $187.00 | $0.00 | 102596 |
| 2/18/2008 | 100 | $18,700.00 | $187.00 | $0.00 | 102621 |
| 2/18/2008 | 300 | $51,300.00 | $171.00 | $0.00 | |
| 3/17/2008 | 200 | $35,600.00 | $178.00 | $0.00 | 102851 |
| 4/3/2008 | 100 | $17,800.00 | $178.00 | $0.00 | 102936 |
| 4/9/2008 | 50 | $8,900.00 | $178.00 | $0.00 | 102945 |
| | 40 | $7,800.00 | $195.00 | | |
| | | $431,080.00 | | $12,416.60 | |

Avg cost w/o tax     $187.83
Installation allowance     $50.00
Unit avg tot.     $237.83

EXHIBIT "B"

| Serial Number | Status | Last Locate | Nickname | MAKE | MODEL | Last Address |
|---|---|---|---|---|---|---|
| 2014674 | Active | 9/5/2008 4:13 | 333067 | LAND ROVER | LR3 | 13037 Nw 23rd St, Pembroke Pines, FL 33028 |
| 2018392 | Active | 11/12/2008 19:35 | NA73602 | FORD | F 150 XLT | 9651 N Okeechobee Rd, Hialeah Gardens, FL 33016 |
| 2021717 | Active | 10/29/2008 13:15 | 811762 | NISSAN | MAP | 3994 Mcintosh Rd, Hollywood, FL 33316 |
| 2022096 | Active | 12/4/2007 16:43 | 508427 | ACURA | MDX | 1370 Nw 119th St, Pinewood, FL 33167 |
| 2022110 | Active | 11/4/2008 11:45 | M08552 | JAGUAR | S-TYPE | NW 81st Ave, Hialeah Gardens, FL 33016 |
| 2022550 | Active | 7/17/2008 17:57 | B29149 | FORD | F150 XL REG. | 5463 Nw 202nd Ter, Carol City, FL 33055 |
| 2023135 | Active | 7/31/2008 11:14 | 328512 | DODGE | GRAND CARAVAN | 2060 Nw Miami Ct, Miami, FL 33127 |
| 2027201 | Active | 7/22/2008 14:27 | C50590 | FORD | EXPLORER | 2065 Nw 22nd Ave, Miami, FL 33142 |
| 3011153 | Active | 12/29/2008 18:36 | 156367 | CHEVROLET | IMPALA | 3931 Nw 173rd Ter, Carol City, FL 33055 |
| 3013378 | Active | 12/23/2007 2:26 | 154369 | CHRYSLER | 300 HEM | 947 Henrietta Ave, West Palm Beach, FL 33401 |
| 3013402 | Active | 11/13/2008 0:48 | 213077 | PONTIAC | G-PRIX | 464 Ne 141st St, North Miami, FL 33161 |
| 3013414 | Active | 4/3/2008 7:02 | 108733 | HONDA | ACCORD | Frontage Rd, Miami Lakes, FL 33016 |
| 3013456 | Active | 5/4/2008 5:44 | 609065 | INFINITY | G35 | West Dade Expy, Princeton-Goulds, FL 33190 |
| 3013618 | Active | 1/6/2009 15:08 | 177880 | NISSAN | ALTIMA | 10131 185th St S, Whisper Walk, FL 33498 |
| 3013623 | Active | 12/3/2008 6:03 | 77369781 | TOYOTA | CAMRY LE | 1563 Wisconsin St, Lake Worth Corridor, FL 33461 |
| 3013640 | Active | 12/2/2008 0:01 | 254143 | CHEVY | MONTECARLO | 821 Nw 210th St, Andover, FL 33169 |
| 3013650 | Active | 7/28/2008 17:51 | 312335 | CHEVY | TAHOE LS | 5944 Lincoln Cir W, Lake Worth, FL 33463 |
| 3013677 | Active | 6/20/2008 7:50 | 439579 | CHEVROLET | IMPALA | 2987 Ne 7th Pl, Cape Coral, FL 33903 |
| 3013800 | Active | 11/6/2008 21:10 | 530967 | CHRYSLER | 300C | 35 Hamilton St, Framingham, MA 01701 |
| 3013814 | Active | 9/29/2008 3:19 | A36008 | FORD | EXPLORER 4X4 | 4276 Sw 73rd Ave, Glenvar Heights, FL 33155 |
| 3013816 | Active | 1/8/2009 13:35 | C580049 | JEEP | CHEROKEE | 5463 S State Hwy 7, Hollywood, FL 33314 |
| 3013823 | Active | 6/26/2008 8:24 | 601429 | LINCOLN | LS | 3610 Evans Ave, Fort Myers, FL 33901 |
| 3016227 | Active | 12/2/2008 6:09 | 131903 | CHEVROLET | TRAILBLAISER | 29935 Sw 154th Ct, Leisure City, FL 33033 |
| 3016232 | Active | 5/4/2008 2:44 | 006287 | LEXUS | GS400 | 5432 N Flagler Dr, West Palm Beach, FL 33407 |
| 3016447 | Active | 6/20/2008 16:32 | J38739A0 | BMW | 3 SERIES | 2286 S State Hwy 7 near Sw 23rd St, Miramar, FL 33023 |
| 3016498 | Active | 1/3/2008 13:49 | D71811 | FORD | EXPLORER | 248 Sw Chapman Ave, Port St. Lucie, FL 34984 |
| 3016517 | Active | 7/16/2008 14:01 | 596718 | NISAN | XTERRA | 3912 Nw 165th St, Opa-locka North, FL 33054 |
| 3016540 | Active | 11/20/2008 16:44 | A34376 | FORD | WINSTOR | 3275 Nw 103rd Ter, Coral Springs, FL 33065 |
| 3016589 | Active | 6/29/2008 12:49 | 594718 | DODGE | AVENGER | 488 W 51st Pl, Hialeah, FL 33012 |
| 3016665 | Active | 7/16/2008 14:21 | U94314 | BMW | 3 SERIES | Novelty Park Rd, Pompano Beach, FL 33060 |
| 3016672 | Active | 2/19/2008 15:01 | 761881 | DODGE | GRAND CARAVAN | 8372 Nw 74th Ave, Medley, FL 33166 |
| 3016680 | Active | 1/4/2008 17:19 | 007028 | HONDA | ACCORD | 4233 E 8th Ave near E 8th Ct, Hialeah, FL 33013 |
| 3016707 | Active | 9/17/2008 3:16 | 560917 | PONTIAC | GRAND AM | 1181 Lakepointe Lndg, Plantation, FL 33322 |
| 3016759 | Active | 10/16/2008 14:47 | 805547 | NISSAN | MAXIMA | 1456 Nw 69th St, Miami, FL 33147 |
| 3016784 | Active | 8/30/2003 3:23 | 125414 | CHEVROLET | TRAILBLAIZER | 2985 St Charles St, Fort Myers, FL 33916 |
| 3016798 | Active | 6/20/2008 10:23 | H157618 | CHRYSLER | 300 | 665 Ne 1st Rd, Homestead, FL 33030 |
| 3016828 | Active | 5/9/2008 4:48 | 313559 | CHRYSLER | 300 | 525 Ne 154th St, Golden Glades, FL 33162 |

| Serial Number | Status | Nickname | Last Locate | MAKE | MODEL | Last Address |
|---|---|---|---|---|---|---|
| 3016829 | Active | 285347 | 5/31/2008 5:51 | CHRYSLER | 300 | 14223 Sw 155th Ter, Richmond West, FL 33177 |
| 3021175 | Active | 168418 | 1/25/2008 17:04 | PONTIAC | GRAND PRIX | 10052 Nw 27th Ave near NW 100th St, West Little River, FL 33147 |
| 3021194 | Active | P308637 | 2/5/2008 18:25 | JEEP | WRANGLER | 99691 Overseas Hwy near Buttonwood Dr, Key Largo, FL 33037 |
| 3021198 | Active | 283626 | 7/31/2008 9:36 | JEEP | LIBERTY | 47 Ne 2nd Ter, Hallandale, FL 33009 |
| 3021199 | Active | 172012 | 8/14/2008 11:05 | PONTIAC | GRAND | 5223 Sw 35th Manor, Davie, FL 33314 |
| 3021212 | Active | A34612 | 5/31/2008 5:59 | FORD | EXPEDITION | West Sugarland Cir, Clewiston, FL 33440 |
| 3022404 | Active | 226982 | 12/13/2008 13:37 | DODGE | MAGNUM | 5952 Nw 27th Ave near NW 60th St, Brownsville, FL 33142 |
| 3022411 | Active | B20919 | 9/16/2008 3:26 | FORD | E150 | 3101 Seville St, Fort Lauderdale, FL 33304 |
| 3022699 | Active | M17622A1 | 6/22/2008 1:08 | B M W | 7 SERIES | 7097 Tyler St, Hollywood, FL 33024 |
| 3022702 | Active | NB03288 | 4/18/2008 17:35 | FORD | F150 PICKUP 2WD V6 | 137 Nw 9th St, Pompano Beach, FL 33060 |
| 3022749 | Active | 438586 | 10/30/2008 20:17 | NISSAN | MAXIMA | SW 27th Ave, Pompano Beach, FL 33069 |
| 3022756 | Active | 167267 | 8/22/2008 4:17 | CHEVROLET | IMPALA | 233 Ne 20th St, Delray Beach, FL 33444 |
| 3023246 | Active | a01945 | 8/13/2008 10:23 | FORD | F150 PICKUP 2WD V8 | 1046 W Industrial Ave, Boynton Beach, FL 33426 |
| 3023247 | Active | NA02526 | 6/4/2008 9:37 | FORD | F150 | 2401 Oak Gardens Ln, Hollywood, FL 33020 |
| 3023252 | Active | H738572 | 10/2/2008 20:18 | DODGE | CHARGER | 4897 S Military Trl near Melaleuca Ln, Lake Worth Corridor, FL 33463 |
| 3023266 | Active | 607035 | 12/16/2008 20:02 | DODGE | CHARGER SXT | William Mills St, Jacksonville, FL 322HH |
| 3023268 | Active | N64875 | 6/16/2008 10:45 | B M W | 3 SERIES | 1575 Nw 163rd St, Bunche Park, FL 33169 |
| 3023274 | Active | 109184 | 7/8/2008 10:50 | LEXUS | RX300 | 14671 Nw 77th Ave, Miami Lakes, FL 33014 |
| 3023336 | Active | 505374 | 11/25/2008 8:04 | NISSAN | PATHFINDER | 1633 Ne 33rd St, Oakland Park, FL 33334 |
| 3023448 | Active | 312585 | 4/17/2008 16:02 | CHEVROLET | SILVERADO | 141 Tara Oaks Cir, Lady Lake, FL 32159 |
| 3023464 | Active | P806040 | 9/17/2008 3:22 | JEEP | WRANGLER 4C | NW 178th St, Hialeah, FL 33018 |
| 3203396 | Active | H03824 | 3/19/2006 6:35 | BMW | 3 SERIES | 3949 Turtle Run Blvd, Coral Springs, FL 33067 |
| 3203397 | Active | H660475 | 7/18/2009 9:53 | DODGE | CHARGER | 3986 Nw 121st Ave, Coral Springs, FL 33076 |
| 3203407 | Active | l13725 | 7/31/2008 10:16 | LINCOLN | NAVIGATOR | 8049 W Sample Rd near Riverside Dr, Coral Springs, FL 33065 |
| 3203413 | Active | 225235 | 5/16/2008 8:43 | CHEVROLET | COBALT | 570 Nw 23rd Ave, Fort Lauderdale, FL 33311 |
| 3203420 | Active | 131107 | 6/26/2008 8:56 | DODGE | RAM | Unknown |
| 3203434 | Active | 100482 | 4/10/2008 11:34 | FORD | TAURUS | 4023 Pembroke Rd near SW 40th Ave, Hollywood, FL 33021 |
| 3203439 | Active | 242686 | 6/16/2008 10:13 | CHRYSLER | 300 | Sawgrass Mills Cir, Sunrise, FL 33323 |
| 3203539 | Active | C90743 | 5/4/2008 6:49 | BMW | 3223 | 7154 Florida's Tpke, Lake Lucerne, FL 33056 |
| 3203542 | Active | U473350 | 2/4/2008 15:27 | TOYOTA | CAMRY 4C | 1878 Ne 170th St, North Miami Beach, FL 33162 |
| 3203547 | Active | 038550 | 7/31/2008 10:23 | TOYOTA | 4 RUNNER 2WD V6 | 5585 Nw 25th St, Lauderhill, FL 33313 |
| 3204075 | Active | 243087 | 10/16/2008 14:27 | PONTIAC | GRAND PRIX | Unknown |
| 3204081 | Active | 555439A | 5/17/2008 12:54 | CHRYSLER | PACIFICA | 1022 N Main St near W Oak St, Kissimmee, FL 34741 |
| 3204085 | Active | 279798 | 3/19/2004 4:55 | NISSAN | ALTIMA | Palmetto Expy, Opa-locka North, FL 33054 |
| 3204165 | Active | 422740 | 7/31/2008 9:56 | DODGE | CHARGER | Unknown |
| 3204187 | Active | 300533 | 5/16/2008 8:48 | CHEVY | TRAILBLAZER | 8159 Nw 12th St, Doral, FL 33126 |
| 3204189 | Active | 044628 | 5/16/2008 8:50 | MERCEDES | BENZ C320 | Blue Star Hwy near Violetta Farm Rd, Havana, FL 32333 |

| Serial Number | Status | Nickname | Last Locate | MAKE | MODEL | Last Address |
|---|---|---|---|---|---|---|
| 3204207 | Active | 107560 | 3/19/2008 3:43 | CHRYSLER | 300 | 2154 Nw 29th Ter, Rock Island, FL 33311 |
| 3204381 | Active | 213362 | 1/6/2009 15:12 | CADILLAC | DEVILLE | 10355 Nw 27th Ave near NW 26th Ave, West Little River, FL 33147 |
| 3204386 | Active | N83966 | 6/4/2008 11:21 | MAZDA | MAZDA6 | 165 N Power Rd near NW 36th Ave, Deerfield Beach, FL 33442 |
| 3204419 | Active | 278225 | 6/16/2008 13:22 | CHEVROLET | MONTE CARLO | 5032 45th St, West Palm Beach, FL 33407 |
| 3204430 | Active | G123915 | 6/26/2008 9:15 | CHEVROLET | SUBURBAN | 9598 Nw 35th Ct, West Little River, FL 33147 |
| 3204465 | Active | 168729 | 6/4/2008 11:34 | AUDI | A4 | 135 N Nob Hill Rd, Plantation, FL 33324 |
| 3204556 | Active | 694957A | 5/4/2008 5:58 | DODGE | MAGNUM | 2822 Nw 151st Ter, Opa-locka, FL 33054 |
| 3204570 | Active | 473493 | 3/31/2008 12:59 | DODGE | CHARGER | 602 Nw 79th St near NW 6th Ave, Miami, FL 33150 |
| 3204585 | Active | 030568 | 4/10/2008 11:21 | HONDA | ACCORD EX | 1034 International Pkwy, Sunrise, FL 33323 |
| 3204610 | Active | 179519 | 5/4/2008 4:09 | DODGE | MAGNUM | NW 75 Ct, Davie, FL 33024 |
| 3204626 | Active | 300299 | 4/10/2008 13:05 | DODGE | CHARGER | 16812 Nw 48th Ct, Carol City, FL 33055 |
| 3204656 | Active | 900684 | 3/14/2008 16:17 | NISSAN | ALTIMA | I-95 near NW 6th Ave, Golden Glades, FL 33168 |
| 3204676 | Active | 440165 | 5/4/2008 5:17 | TOYOTA | TUNDRA | 19601 Belview Dr, Cutler Ridge, FL 33157 |
| 3205272 | Active | B008505 | 4/10/2008 14:39 | HONDA | ODYSSEY | 238 Se 8th Ter, Deerfield Beach, FL 33441 |
| 3205275 | Active | 352512 | 7/19/2008 17:10 | NISSAN | ALTIMA | 2280 Scott St, Hollywood, FL 33020 |
| 3205294 | Active | 182712 | 7/29/2008 13:11 | CHEVROLET | IMPALA | 1715 Nw 94th St, West Little River, FL 33147 |
| 3205296 | Active | 210499A | 7/29/2008 13:11 | CHEVROLET | COBALT | W Atrium, Sunrise, FL 33319 |
| 3205932 | Active | 182619AO | 9/5/2008 4:37 | PONTIAC | GRAN PRIX | 1224 Nw 62nd St, Miami, FL 33142 |
| 3205937 | Active | 119212 | 2/28/2008 13:44 | CHRYSLER | 300 | 6011 Sw 23rd St, Miramar, FL 33023 |
| 3205977 | Active | F098644 | 6/24/2008 11:25 | MERCEDES BENZ | C320 | 8580 Baymeadows Rd near Baymeadows Way, Jacksonville, FL 32256 |
| 3205985 | Active | 324449 | 7/29/2008 13:18 | PONTIAC | GRAND PRIX | 5527 Nw 14th Ave, Miami, FL 33142 |
| 3205986 | Active | 194945 | 4/10/2008 12:32 | CHEVY | IMPALA | 643 Nw 17th St, Miami, FL 33136 |
| 3205990 | Active | B9342 7 | 5/16/2008 10:11 | FORD | FORD | 87 Sw 12th Ave, Deerfield Beach, FL 33442 |
| 3206020 | Active | J33274AO | 9/26/2008 4:23 | LINCOLN | NAVIGATOR | 8052 Nw 37th Dr, Coral Springs, FL 33065 |
| 3206034 | Active | 344070 | 5/27/2008 16:42 | DODGE | MAGNUM | 853 S K St, Lake Worth, FL 33460 |
| 3206042 | Active | 649532AO | 7/14/2008 14:58 | LINCOLN | TOWN CAR | 19931 Sw 110th Ct, South Miami Heights, FL 33157 |
| 3206058 | Active | A22635 | 6/4/2008 12:20 | FORD | ESCAPE | Federal Hwy near Old Dixie Hwy, Hollywood, FL 33004 |
| 3206062 | Active | 199905AO | 6/4/2008 12:20 | PONTIAC | GRAND PRIX | 3577 W Sunrise Blvd near NW 35th Ave, West Ken-Lark, FL 33313 |
| 3206400 | Active | 468801 | 4/10/2008 15:04 | DODGE | CHARGER | 2803 Nw 84th St, West Little River, FL 33147 |
| 3206510 | Active | 330405 | 11/6/2008 21:04 | BUICK | REGAL | 6743 Military Trl near 67th Pl S, Boynton Beach-Delray Beach, FL 33463 |
| 3206511 | Active | 535202 | 7/25/2008 18:45 | DODGE | DAKOTA PICKUP 2WD V8 | 1367 W 35th St, Riviera Beach, FL 33404 |
| 3206544 | Active | A030439 | 8/20/2008 4:30 | ACURA | 3.2 TL | Unknown |
| 3206555 | Active | J04689 | 3/20/2008 14:14 | LINCOLN | NAVIGATOR | 26859 Dixie Hwy near SW 145th Avenue Rd, Naranja, FL 33032 |
| 3206559 | Active | a002794 | 2/25/2008 5:58 | ACURA 3.2 | TL | 5782 Nw 191st St, Country Club, FL 33015 |
| 3206567 | Active | A28731 | 11/28/2008 19:55 | FORD | F-150 | 3736 Nw 171st St, Carol City, FL 33055 |
| 3206837 | Active | 149618 | 9/29/2008 3:27 | MERCEDES BENZ | C320 | 18407 Ne 12th Ave, Ojus, FL 33179 |
| 3206891 | Active | D99294 | 9/14/2008 8:42 | BMW | 330 CI | Unknown |

| Serial Number | Status | Nickname | Last Locate | MAKE | MODEL | Last Address |
|---|---|---|---|---|---|---|
| 3207053 | Active | 171373 | 3/21/2008 13:53 | CHEVROLET | IMPALA | County Hwy 305, Bunnell, FL 32110 |
| 3207057 | Active | 051445a0 | 5/29/2008 8:59 | VOLKSWAGEN | JETTA | 22495 Sw 66th Ave, Sandalfoot Cove, FL 33428 |
| 3207066 | Active | L77033 | 4/10/2008 15:11 | BMW | 3 SERIES | 55 Lakeview Reserve Blvd, Winter Garden, FL 34787 |
| 3207199 | Active | 596444 | 4/10/2008 9:11 | CHRYSLER | 300 | 4547 Sw 36th St, Davie, FL 33314 |
| 3207203 | Active | 149233 | 5/4/2008 3:48 | NISSAN | ALTIMA | 2416 Nw 181st Ter, Scott Lake, FL 33056 |
| 3207211 | Active | 204785 | 3/3/2008 13:52 | CHRYSLER | 300 | 11838 Ne 19th Dr, North Miami, FL 33181 |
| 3207214 | Active | EA71679 | 5/16/2008 11:06 | FORD | F350 PICKUP 4WD V8 DRW | 3113 Nw 71st St, Gladeview, FL 33147 |
| 3207238 | Active | 424318 | 2/29/2008 15:28 | VOLKSWAGEN | BEETLE | 9951 Nw 30th Ave, West Little River, FL 33147 |
| 3207346 | Active | 160063 | 4/10/2008 12:14 | PONTIAC | G6 GT | 4582 Nw 183rd St near NW 181st St, Carol City, FL 33055 |
| 3207380 | Active | P475156 | 2/25/2008 3:04 | JEEP | WRANGLER V6 | SW 137th Ave, Homestead, FL 33033 |
| 3207413 | Active | 149574 | 5/27/2008 17:51 | PONTIAC | GRAND PRIX | 1787 Nw 152nd St, Opa-locka, FL 33054 |
| 3209990 | Active | B64142 | 3/1/2008 11:45 | FORD | EXPEDITION | 166 Lakeview Ave, Lantana, FL 33462 |
| 3209993 | Active | 403350 | 7/26/2008 16:21 | NISSAN | MAXIMA | 5725 10th Ave N, Greenacres, FL 33463 |
| 3209996 | Active | 107279 | 9/16/2008 12:08 | CHEVROLET | MALIBU | Mahogany Dr, Boynton Beach, FL 33436 |
| 3210083 | Active | 6N315776 | 6/10/2008 12:36 | NISSAN | ALTIMA | 5024 Coronado Pky, Golden Gate, FL 34116 |
| 3210096 | Active | 143573 | 4/10/2008 12:05 | VOLKSWAGEN | JETTA WAGON | 406 S State Hwy 7 near S 61st Ave, Hollywood, FL 33023 |
| 3210097 | Active | 043051 | 9/16/2008 12:03 | MITSUBISHI | GALANT | 65 E 3rd St, Hialeah, FL 33010 |
| 3210111 | Active | 230914 | 5/3/2008 12:31 | CHEVROLET | MONTE CARLO | 16482 Ne 15th Ave, North Miami Beach, FL 33162 |
| 3210140 | Active | 181314A | 5/18/2008 2:52 | CHEVY | M CARLOS | 2343 Sw 19th St, Miami, FL 33145 |
| 3210162 | Active | 252109 | 4/10/2008 12:54 | GMC | YUCON SPORT U | 8657 Glades Dr, Fremd Village-Padgett Island, FL 33476 |
| 3210167 | Active | 710425 | 4/10/2008 14:09 | CHRYSLER | PACIFICA | 37 Ne 185th Ter, Norland, FL 33179 |
| 3210169 | Active | 847397 | 9/17/2008 3:37 | NISSAN | MAXIMA SE | 1919 Nw 6th Ave, Norland, FL 33169 |
| 3210196 | Active | 136001 | 3/5/2008 16:50 | CHEVROLET | SUBURBAN | 26285 W Dixie Hwy, Naranja, FL 33032 |
| 3210230 | Active | 078719 | 3/19/2008 12:24 | HONDA | CIVIC COUPE | 14685 Nw 60th Ave, Miami Lakes, FL 33014 |
| 3210232 | Active | 031787A1 | 6/2/2008 13:40 | LEXUS | IS 300 | 2343 Sunny Isles Blvd near Margaret Ave, North Miami, FL 33160 |
| 3210237 | Active | 821096 | 9/14/2008 8:33 | INFINITI | G35 | 13861 Sw 42nd St, Davie, FL 33330 |
| 3211822 | Active | 595621 | 7/16/2008 21:23 | VOLVO | V70 | N Evergreen Cir, Boynton Beach, FL 33426 |
| 3211824 | Active | 540275 | 9/20/2008 5:32 | JEEP | LIBERTY | 996 Siesta Key Blvd, Deerfield Beach, FL 33441 |
| 3211832 | Active | 028440 | 11/6/2008 20:27 | ACURA | TL | 1524 Ne 28th Ct, Collier Manor-Cresthaven, FL 33064 |
| 3211849 | Active | 828148 | 10/30/2008 15:58 | TOYOTA | CAMRY | 3942 Nw 16th St, Lauderhill, FL 33313 |
| 3211858 | Active | 277071A | 10/16/2008 14:29 | AUDI | A4 | 3804 N Andrews Ave, Deerfield Beach, FL 33064 |
| 3211878 | Active | 226529 | 10/30/2008 20:06 | CHEVROLET | IMPALA | 192 S Village Ln, Hamptons at Boca Raton, FL 33434 |
| 3211913 | Active | 568161 | 8/16/2008 14:00 | HONDA | CIVIC | 10104 Nw 21st Ct, West Little River, FL 33147 |
| 3211924 | Active | 052616A | 6/16/2008 14:25 | TOYOTA | SCION | 5436 Nw 92nd Ave, Sunrise, FL 33351 |
| 3211925 | Active | 318040A1 | 3/24/2008 15:33 | DODGE | RAM 150 | 1516 Ne 165th St, North Miami Beach, FL 33162 |
| 3211962 | Active | 760502 | 5/4/2008 6:06 | DODGE | CHARGER | 8394 Miramar Blvd, Miramar, FL 33025 |
| 3211965 | Active | B72220 | 9/29/2008 3:46 | FORD | F-150 XL | Post Gardens Way, Boca Del Mar, FL 33433 |

| Serial Number | Status | Nickname | Last Locate | MAKE | MODEL | Last Address |
|---|---|---|---|---|---|---|
| 3211969 | Active | 105234 | 5/3/2008 11:13 | INFINITY | FX35 | 2897 Nw 179th St, Carol City, FL 33056 |
| 3212086 | Active | J10848 | 3/20/2008 17:47 | LINCOLN | NAVIGATOR | 1499 Havelka Ln, Big Pine Key, FL 33043 |
| 3212139 | Active | 258758 | 6/24/2008 17:10 | DODGE | GR CARAVAN | 297 Sw 6th Ave, Pompano Beach, FL 33060 |
| 3212157 | Active | 828269 | 4/10/2008 14:19 | NISSAN | SENTRA | SW 120th St, The Hammocks, FL 33196 |
| 3212158 | Active | 507498A | 4/15/2008 14:25 | HONDA | CIVIC EX | 7268 Nw 41st St, North Westside, FL 33166 |
| 3215168 | Active | 134047A0 | 6/16/2008 10:01 | FORD | CONTOUR 4C | 1486 W Branch St, Lantana, FL 33462 |
| 3215174 | Active | 129328A0 | 6/9/2008 10:43 | CHEVROLET | MALIBU | 3933 Investment Ln, Riviera Beach, FL 33404 |
| 3215175 | Active | J63816A | 5/4/2008 7:06 | BMW | 331 I | 22512 Range Line Rd near SW 66th Ave, Sandalfoot Cove, FL 33428 |
| 3215187 | Active | B60350A | 10/10/2008 23:02 | FORD | EXPEDITION | SW 64th Ave, Davie, FL 33314 |
| 3215200 | Active | 313574 | 10/3/2008 23:02 | PONTIAC | SUNFIRE | 6238 Nw 13th Pl, Miami, FL 33147 |
| 3215358 | Active | 528725 | 6/4/2008 15:51 | DODGE | INTREP | 5228 Nw 23rd St, Lauderhill, FL 33313 |
| 3215399 | Active | 437514 | 3/31/2008 9:03 | VOLKSWAGEN | BEETLE | 710 N Westmoreland Dr, Orlando, FL 32804 |
| 3215406 | Active | 381937 | 6/16/2008 16:19 | NISSAN | ALTIMA | The Pines W, Oakland Park, FL 33309 |
| 3215410 | Active | 705162 | 4/10/2008 14:09 | HONDA | ACCORD | 3189 Nw 31st Ave, Oakland Park, FL 33309 |
| 3215415 | Active | 627343 | 11/30/2008 9:21 | MERCURY | SABLE GS | 246 Astor St, Newark, NJ 07114 |
| 3215465 | Active | 133719A3 | 7/5/2008 20:25 | PONTIAC | BONNEVILLE | 569 Nw 92nd St, Pinewood, FL 33150 |
| 3215469 | Active | T08947 | 11/20/2008 13:22 | BMW | 325I | Unknown |
| 3215472 | Active | 198045 | 3/28/2008 18:07 | HYUNDAI | ELANTRA | Unknown |
| 3215498 | Active | 688825 | 6/16/2008 16:14 | CHRYSLER | 300 | 8072 Nw 36th Ave, West Little River, FL 33147 |
| 3215499 | Active | 4N344491 | 10/16/2008 15:50 | CRYSLER | SEBRING | 1284 Nw 79th St, Gladeview, FL 33147 |
| 3215500 | Active | 022730 | 3/28/2008 18:07 | MITSUBISHI | GALANT | Unknown |
| 3215511 | Active | 177146A | 6/16/2008 16:16 | NISSAN | ALTIMA | 13723 Sw 275th Ln, Naranja, FL 33032 |
| 3215523 | Active | B59509A1 | 10/30/2008 19:40 | FORD | EXPEDITION XLT | 3063 W 6th Ave, Hialeah, FL 33012 |
| 3215525 | Active | R227261 | 8/16/2008 15:42 | CHEVY | TAHOE LT | 7627 Sw 10th St, North Lauderdale, FL 33068 |
| 3215529 | Active | 021877 | 6/16/2008 16:16 | NISSAN | TOURING | NW Peacock Loop, Port St. Lucie, FL 34986 |
| 3215646 | Active | 29103176 | 5/4/2008 4:49 | CHEVROLET | MONTE CARLO | 129 Ne 152nd St, Golden Glades, FL 33162 |
| 3215689 | Active | 518109 | 7/18/2008 12:10 | VOLVO | V70 | 1515 Se Decker Ave, Stuart, FL 34994 |
| 3215729 | Active | P58740A | 9/23/2008 14:45 | B M W | 3231 SERIES | 186 Sw Milburn Cir, Port St. Lucie, FL 34953 |
| 3215731 | Active | 155951 | 8/16/2008 15:38 | CHEVROLET | MALIBU | Jog Rd, West Palm Beach, FL 33411 |
| 3215733 | Active | 016820 | 4/10/2008 11:15 | AUDI | A4 | 7246 Nw 31st St, North Westside, FL 33122 |
| 3215738 | Active | 132845 | 6/4/2008 16:47 | FORD | TAURUS SE | 6379 Wallis Rd, West Palm Beach, FL 33413 |
| 3215740 | Active | 131518 | 4/21/2008 12:32 | MAZDA | 626 4C | 14671 Nw 77th Ave, Miami Lakes, FL 33014 |
| 3215753 | Active | 187288 | 9/11/2008 4:34 | JEEP | LIBERTY | S Coosa Dr, Port St. Lucie, FL 34986 |
| 3215762 | Active | 287669A0 | 4/10/2008 9:23 | DODGE | CHARGER | 2274 S State Hwy 7 near SW 23rd St, Miramar, FL 33023 |
| 3215763 | Active | 449538A | 12/23/2008 0:10 | MERCEDES | C320 | 971 Jetport Dr, Orlando, FL 32824 |
| 3215764 | Active | 561890 | 11/25/2008 11:54 | HONDA | PILOT | Palmetto Expy, Doral, FL 33166 |
| 3215770 | Active | 102816A | 6/16/2008 16:20 | TOYOTA | YARIS | 438 Arabian Rd, Palm Springs, FL 33461 |

| Serial Number | Status | Nickname | Last Locate | MAKE | MODEL | Last Address |
|---|---|---|---|---|---|---|
| 3215772 | Active | 246309A1 | 6/16/2008 16:16 | CHEVROLET | AVALANCHE | 1424 Nw 12th Ave, Miami, FL 33125 |
| 3216223 | Active | 226878A | 8/30/2008 3:52 | TOYOTA | CAMRY | 641 Sw Homeland Rd, Port St. Lucie, FL 34953 |
| 3216229 | Active | 11929GA0 | 5/27/2008 18:09 | GMC | YUKON DENALI 4WD | Unknown |
| 3216230 | Active | 567552A0 | 6/16/2008 16:54 | DODGE | RAM | 3526 W 12th Ave, Hialeah, FL 33012 |
| 3216233 | Active | 130240A0 | 11/28/2008 17:29 | MAZDA | RX 8 | 15688 Orange Blvd, Glades, FL 33470 |
| 3216247 | Active | 149813A0 | 5/3/2008 10:22 | DODGE | RAM 1500 | 992 Ne 62nd St, Oakland Park, FL 33334 |
| 3216262 | Active | V02308A0 | 1/6/2009 15:51 | BMW | 325I | I-95 near Ce Wilson Rd, St. Augustine, FL 32259 |
| 3216269 | Active | 106816A0 | 7/18/2008 10:55 | CHEVROLET | MALIBU | 1663 Sw 137th Ave, Tamiami, FL 33184 |
| 3216276 | Active | 101106A0 | 5/9/2008 11:39 | FORD | TAURUS | 2327 Liberty Ave, Miami Beach, FL 33139 |
| 3216277 | Active | 915480A0 | 9/28/2008 4:00 | NISSAN | PATHFINDER | 1285 Nw 181st St, Scott Lake, FL 33169 |
| 3216278 | Active | 756806A0 | 8/16/2008 16:17 | DODGE | CHARGER | 5382 W Hillsboro Blvd near Florida Ave, Coconut Creek, FL 33073 |
| 3216282 | Active | 169746A0 | 8/26/2008 10:11 | FORD | TAURUS | 2130 Park Ave, Miami Beach, FL 33139 |
| 3216704 | Active | H27336A0 | 9/21/2008 5:20 | BMW | X5 | 2650 S University Dr near SW 30th St, Davie, FL 33328 |
| 3216731 | Active | 375527A0 | 11/29/2008 14:32 | MERCEDES BENZ | ML320 | 21143 Ne 14th Ave, Ives Estates, FL 33179 |
| 3216743 | Active | 004119A0 | 6/16/2008 17:14 | AUDI | A6 | 1639 Se Indian St, Stuart, FL 34994 |
| 3216867 | Active | 144472a | 7/31/2008 10:27 | LANDROVER | LANDROVER | 600 Ne 168th St, North Miami Beach, FL 33162 |
| 3216892 | Active | 195679a | 3/29/2008 13:28 | NISSAN | ALTIMA | 4237 E. 8th Ave near E 8th Ct, Hialeah, FL 33013 |
| 3216899 | Active | 169195A1 | 9/26/2008 4:43 | CHRYSLER | 300C | 119 Nw 166th St, Golden Glades, FL 33169 |
| 3216904 | Active | B92239A0 | 11/29/2008 14:52 | FORD | EXPLORER | 347 Cocoplum Rd, Coral Gables, FL 33143 |
| 3216905 | Active | 226334a0 | 7/20/2008 15:55 | CHEVROLET | SILVERADO 1500 | San Perkes, Jacksonville, FL 32224 |
| 3216916 | Active | 101221A | 6/16/2008 17:24 | CHEVROLET | SUBURBAN | 3399 El Jardin Dr, Davie, FL 33024 |
| 3216917 | Active | 274753A | 5/4/2008 4:46 | NISSAN | ALTIMA | Ipco Rd, Norland, FL 33162 |
| 3216954 | Active | 050392A0 | 7/29/2008 12:52 | SCION | TC | 2415 W Sample Rd, Pompano Beach, FL 33442 |
| 3216963 | Active | 159387 | 3/22/2008 14:17 | PONTIAC | GRAND PRIX | 3415 Red Rd, Miramar, FL 33025 |
| 3217094 | Active | E14356B | 8/16/2008 16:56 | FORD | F350 PICKUP 2WD V8 | 807 Palm Ave, Hialeah, FL 33010 |
| 3217095 | Active | A91999A | 5/4/2008 6:31 | FORD | EXPEDITION 2WD | I-70 near S Outer Rd, Danville, MO 65361 |
| 3217102 | Active | 09274SA | 6/16/2008 17:37 | HYUNDAI | XG 300 | 975 Ne 8th St, Homestead, FL 33030 |
| 3217106 | Active | 836578A | 7/28/2008 14:22 | NISSAN | QUEST | 1695 60th Ter S, Lake Worth, FL 33415 |
| 3217107 | Active | H543189 | 6/2/2008 17:07 | HONDA | CIVIC | Republic Sq, Deerfield Beach, FL 33442 |
| 3217219 | Active | 570147A | 7/29/2008 13:02 | DODGE | GRAND CARAVAN 2WD V6 | Palm Dr, Desert Hot Springs, CA 92240 |
| 3217221 | Active | 063151A | 6/16/2008 17:35 | LEXUS | RX300 4WD | 5893 Sw 177th Ave, Kendale Lakes-Lindgren Acres, FL 33193 |
| 3217225 | Active | 12312Oa0 | 5/30/2008 9:54 | CHRYSLER | SEBRING | 95 Nw 9th St, Pompano Beach, FL 33060 |
| 3217233 | Active | 838734a | 10/16/2008 17:03 | CHRYSLER | 300M | Miami Airport, Miami, FL 33126 |
| 3217236 | Active | 163386 | 6/16/2008 10:05 | HONDA | ACCORD | 212 Nw 14th St, Pompano Beach, FL 33060 |
| 3217243 | Active | 625033A0 | 4/11/2008 9:45 | NISSAN | MURANO | 4983 E 10th Ave, Hialeah, FL 33013 |
| 3217249 | Active | 069500 | 6/16/2008 17:39 | VOLKSWAGON | JETTA GLI | NW 67th Ave, Miami Lakes, FL 33014 |
| 3217250 | Active | A89774 | 4/19/2008 7:51 | FORD | EXPEDITION XLT | 249 Johnson St, Eatonville, FL 32751 |

| Serial Number | Status | Nickname | Last Locate | MAKE | MODEL | Last Address |
|---|---|---|---|---|---|---|
| 3217253 | Active | 181279A0 | 6/16/2008 17:39 | PONTIAC | G6 | 127 Nw 1st Ave, Miami, FL 33128 |
| 3217254 | Active | C06707 | 6/24/2008 13:43 | FORD | EXPEDITION 4WD V8 | 4918 W Colonial Dr near La Grange Ave, Pine Hills, FL 32808 |
| 3217255 | Active | 407905a | 9/4/2008 21:25 | VOLKSWAGEN | BEETLE | 2971 Fillmore St, Hollywood, FL 33020 |
| 3217258 | Active | 655205A | 7/1/2008 15:33 | CHRYSLER | PT CRUISER | 1551 Sw 18th Pl, Gainesville, FL 32608 |
| 3217270 | Active | 013143 | 12/9/2008 0:02 | HONDA | ACCORD | 2399 Nw 7th Ct, Franklin Park, FL 33311 |
| 3217275 | Active | 166745A | 11/6/2008 17:43 | DODGE | RAM 1500 | 11983 Sw 12th Ct, Davie, FL 33325 |
| 3217282 | Active | 538717A0 | 6/16/2008 17:38 | CHEVROLET | HHR | Unknown |
| 3217845 | Active | 417354A0 | 6/2/2008 17:28 | TOYOTA | COROLLA | 754 Lucerne Ter, Orlando, FL 32801 |
| 3218130 | Active | 301344A1 | 4/14/2008 17:13 | PONTIAC | GRAND PRIX | 15289 Nw 27th Ave, Miami, FL 33054 |
| 3239754 | Active | 186797A0 | 5/23/2008 17:56 | VOLKSWAGEN | JETTA | 1029 W Colonial Dr near N Westmoreland Dr, Orlando, FL 32804 |
| 3259264 | Active | 580026A0 | 11/2/2008 14:34 | DODGE | GRAND CARAVAN | 21512 Sw 85th Ave, Lakes by the Bay, FL 33189 |
| 3259289 | Active | 064739 | 10/29/2008 10:39 | MITSUBISHI | LANCER | 13458 Sw 154th St, Richmond West, FL 33177 |
| 3263433 | Active | 575110B0 | 10/31/2008 14:53 | NISSAN | SENTRA S | 7207 Nw 183rd St, Country Club, FL 33015 |

FILED by __TS__ D.C.

**June 26, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

§JS 44 (Rev. 2/08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as req[uired]
by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of C[ourt for]
the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cas[es]**

### I. (a) PLAINTIFFS

National Auto Lenders, Inc., a Florida corporation

**(b)** County of Residence of First Listed Plaintiff  Miami-Dade, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Elizabeth M. Bohn, Esq.
Jorden Burt LLP
777 Brickell Avenue, Suite 500
Miami, FL 33131
305-371-2600

### DEFENDANTS

Syslocate, Inc., a Delaware corporation, DriveOK, Inc., a California corporation, and
Procon, Inc. a Tennessee corporation, individually and as successor in interest to
Syslocate, Inc. and DriveOK, Inc.

County of Residence of First Listed Defendant  San Diego, California
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☒ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☑ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Miami 09CV21765 COOKE

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN    (Place an "X" in One Box Only)

☑ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Re-filed-
       (see VI below)

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       another district
       (specify)

☐ 6  Multidistrict
       Litigation

☐ 7  Appeal to District
       Judge from
       Magistrate
       Judgment

### VI. RELATED/RE-FILED CASE(S).

(See instructions
second page):

a) Re-filed Case ☐ YES ☐ NO          b) Related Cases ☐ YES ☐ NO

JUDGE                                   DOCKET NUMBER

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
Claims for fraud, negligent representation, breach of express and implied warranties, unfair and deceptive practices relating to Plaintiffs'
purchase of Defendants' GPS vehicle tracking devices which failed to function as represented and intended, resulting in vehicle losses and
damages exceeding $2.75 million. Jurisdiction 28 U.S.C. Sec. 1332(a)(1)
LENGTH OF TRIAL via _8_ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
       UNDER F.R.C.P. 23

DEMAND $
2,750,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO
THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
*Elizabeth Bohn*

DATE
June 25, 2009

FOR OFFICE USE ONLY

AMOUNT 350          RECEIPT # 1003621   IFP 6/26/09